**WO**

1
2
3
4
5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE DISTRICT OF ARIZONA

8

| | | |
|---|---|---|
| 9 United States of America, | ) | No. CR 12-0927-PHX-DGC |
| 10         Plaintiff, | ) | |
| 11 vs. | ) | **DETENTION ORDER** |
| 12 Jose Luis Perez-Hernandez, | ) | |
| 13         Defendant. | ) | |
| 14 | ) | |

15       On October 2, 2012, defendant Jose Luis Perez-Hernandez appeared before this Court

16  on a petition for revocation of supervised release. The Court considered the information

17  provided to the Court, and the arguments of counsel in determining whether the defendant

18  should be released on conditions set by the Court.

19       The Court finds that the defendant, having previously been convicted and placed on

20  supervised release, and having appeared before the Court in connection with a petition to revoke

21  his supervised release, has failed to establish by clear and convincing evidence that he is not

22  likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d),

23  and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

24       IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

25       DATED this 27th day of November, 2012.

26
27
28

                                            David K. Duncan
                                United States Magistrate Judge